SYNSCORT, INCORPORATED v. DIRECTOR,
DIVISION OF TAXATION.

March 24, 1987.

Petition for certification denied.

JOHN RUSBARSKY, ETC. v. PATRICIA CIOTTARIELLO, ET AL.

March 24, 1987.

Petition for certification denied.

TOWN OF KEARNY v. RABS DEVELOPING CORP., ARTHUR
W. FUCETOLA, SR., FUCETOLA BROS., F & F
ASSOCIATES, ET AL.

March 24, 1987.

Petition for certification denied.

HARRISON ASSOCIATES, ETC. v. THE RENT LEVELING BOARD
OF THE TOWNSHIP OF FRANKLIN, ET AL.

March 24, 1987.

Petition for certification denied.   (See 215 *N.J.Super.* 1)